**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GERALDINE MINCHIN,<br><br>Plaintiff,<br><br>v.<br><br>TONY SANCHEZ LTD.,<br><br>Defendant and<br>Third-Party Plaintiff,<br><br>v.<br><br>JD ECKMAN, et al.,<br><br>Third-Party Defendants. | CIVIL ACTION NO. 3:24-cv-00143<br><br>(SAPORITO, J.) |

**ORDER**

AND NOW, this 9th day of October, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Third-party defendant Mark Schwalm's motion for summary judgment (Doc. 83) is **GRANTED in part and DENIED in part**;

2. The motion is **GRANTED** with respect to all common law indemnity and contribution claims asserted against Schwalm by the defendant and third-party defendants;

3. The clerk is directed to enter **JUDGMENT** in favor of Mark

Schwalm and against defendant Tony Sanchez Ltd. and third-party defendants J.D. Eckman, Inc., Pennsylvania Turnpike Commission, Duane Wilson, and Horwith Trucks Inc. with respect to their claims of common law indemnity and contribution against Schwalm; and

4. The motion is **DENIED** with respect to the contractual defense and indemnity claim asserted against Schwalm by third-party defendant J.D. Eckman, Inc.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge